RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Javier Encinas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAVIER ENCINAS,<br><br>  Defendant. | Case No. 2:21-CR-00262-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Javier Encinas, that the sentencing hearing currently scheduled on June 22, 2022 at 2:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to obtain evidence from probation for use at sentencing.

2. Mr. Encinas is in custody and agrees with the need for the continuance.

3. The continuance is not for the purpose of delay and denial of this request would result in a miscarriage of justice.

This is the first request for a continuance of the sentencing.

DATED this 14th day of June 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Aden Kebede<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | /s/ Kimberly M. Frayn<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAVIER ENCINAS,<br><br>    Defendant. | Case No. 2:21-CR-00262-APG-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, June 22, 2022 at 2:30 p.m., be vacated and continued to July 20, 2022 at the hour of 2:30 p.m. in courtroom 6C.

    DATED this 16th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

3