RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Javier Encinas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAVIER ENCINAS,<br><br>    Defendant. | Case No.: 2:21-cr-00262-APG-EJY<br><br>**STIPULATION TO AMEND JUDGMENT OF CONVICTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Javier Encinas, jointly move the Court to amend the Judgment of

Conviction, ECF No. 37, as follows: 18-months consecutive to the sentence in Case No. 2:16-cr-0261-RCJ-GWF.

This Stipulation to Amend is entered into for the following reasons:

1. After sentencing, defense counsel conferred with the Bureau of Prisons (BOP) about the overall length of Mr. Encinas' sentence. It was determined that as the judgment stands now, the Court's sentence as intended (30 months total) is not reflected by the language of the judgment.

2. In Case No. 2:16-cr-0261-RCJ-GWF, the Honorable Judge Robert C. Jones imposed a sentence of 12 months on June 7, 2022. In this case, Case No. 2:21-cr-00262-APG-EJY, this Court imposed a sentence of 6 months concurrent and 18 months consecutive to Case No. 2:16-cr-0261-RCJ-GWF.

3. Mr. Encinas has been in custody since September 2021 (10 months). This time will presumably be applied as prior custody credit towards the 12-month sentence in Case No. 2:16-cr-0261-RCJ-GWF.

4. The 6 months concurrent sentence will start to run immediate on July 20, 2022, the day Mr. Encinas was sentence in this case. This means it will continue to run about 4 months after Mr. Encinas' 12-month sentence in Case No. 2:16-cr-0261-RCJ-GWF ends. Then the 18-month consecutive sentence will kick in. This makes the total aggregate sentence 34 months.

5. With the help of the BOP, the parties have agreed to amend the judgment to state: 18-months consecutive to the sentence in Case No. 2:16-cr-0261-RCJ-GWF.

6. The parties believe this will better reflect the Court's intent for the time imposed, which is 30 months total.

DATED this 26th day of July 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>Acting United States Attorney |
| */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | */s/ Kimberly Frayn*<br>By_____<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

IT IS SO ORDERED:

Dated:_____July 27, 2022_____

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3